[No. 7102–2–III.   Division Three.   February 5, 1987.]

DAHL–SMYTH, INC., *Appellant*, v. THE CITY
OF COLLEGE PLACE, *Respondent*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 82–2–00034–6, Fred R. Staples, J.,
entered April 30, 1985. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Thompson, A.C.J., and
Green, J.

[No. 7286–0–III.   Division Three.   February 5, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
O. BOLLINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Ste-
vens County, No. 85–1–00012–3, Larry M. Kristianson, J.,
entered June 21, 1985. *Affirmed* by unpublished opinion
per Thompson, A.C.J., concurred in by Green and Munson,
JJ.

[No. 15741–8–I.   Division One.   February 9, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. PAULETTE
DUNCAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84–1–02079–9, Shannon Wetherall, J., entered
December 6, 1984. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Ringold, A.C.J., and Pekelis,
J.